Submitted April 5, reversed June 12, 2013

In the Matter of A. B.,
Alleged to be a Mentally Ill Person.
## STATE OF OREGON,
*Respondent,*

*v.*

## A. B.,
*Appellant.*

Multnomah County Circuit Court
120869228; A152405

306 P3d 661

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of the trial court's judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. She asserts that the state failed to prove, by clear and convincing evidence, that, because of a mental disorder, she is unable to provide for her basic needs. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse on that basis. Accordingly, we do not address appellant's other assignment of error in which she contends that the trial court plainly erred in failing to advise her of the possible results of the commitment proceeding, as required by ORS 426.100(1)(c).

Reversed.